

**IT IS ORDERED as set forth below:**

**Date: April 19, 2013**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| IN RE: | } | CHAPTER 13 |
|---|---|---|
|  | } |  |
| FELICIA ANN LOWERY | } | CASE NO.  A10-71842-PWB |
|  | } |  |
| DEBTOR(S) | } | JUDGE BONAPFEL |

**ORDER ON TRUSTEE'S MOTION TO DISMISS**

The Chapter 13 Trustee's Motion to Dismiss came before this Court at a hearing held April 10, 2013 at 10:00 a.m.  It appearing that no opposition to the Trustee's Motion was announced at the call of this Court's calendar, it is hereby

ORDERED that the Trustee's Motion to Dismiss is GRANTED and the above-styled case is DISMISSED  pursuant to 11 U.S.C. § 1307(c)(6).

The Clerk is directed to serve a copy of this Order on the Debtor, the Debtor's counsel, the Chapter 13 Trustee, and all parties in interest.

**END OF DOCUMENT**

Prepared by:

_____/s/_____
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
191 Peachtree Street, N.E., Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com